IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAKESIHA THOMPSON, parent and next friend of H.L.T., a minor,<br><br>Plaintiff,<br><br>v.<br><br>GREG HENKE and INDEPENDENT SCHOOL DISTRICT NO. 52, Oklahoma County, Oklahoma, also known as Mid-Del School District,<br><br>Defendants. | Case No. CIV-23-00411-JD |

## ORDER

After removing this action from the District Court of Oklahoma County, Independent School District No. 52 ("District") filed a motion to dismiss (the "Motion") [Doc. No. 3] under Federal Rule of Civil Procedure 12(b)(6). Plaintiff Lakesiha Thompson timely filed an amended complaint [Doc. No. 11] under Rule 15(a)(1)(B), thereby "supersed[ing] the original and render[ing] it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). *See also Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180–81 (10th Cir. 2015); *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007).

District's Motion to Dismiss [Doc. No. 3] is therefore DENIED AS MOOT.

IT IS SO ORDERED this 8th day of June 2023.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE